# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| NATGEAR ACQUISITION, LLC<br>　　　　PLAINTIFF<br><br>V.<br><br>MAHCO, INC.<br>　　　　DEFENDANT | CASE NO. 4:18CV00691 SWW |

## **ORDER**

Pursuant to Rule 41(a)(1)(A)(ii), the parties have filed a joint stipulation of dismissal with prejudice [ECF No. 36]. IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE, with each side to bear its own costs and fees.

IT IS SO ORDERED THIS 11TH DAY OF SEPTEMBER 2019.

　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE